**Opinion issued May 10, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00352-CV

_____

### IN RE SHAMROCK MANAGEMENT, LLC, Relator

### Original Proceeding on Petition for Writ of Mandamus

### MEMORANDUM OPINION

Relator Shamrock Management, LLC filed a petition for writ of mandamus seeking relief from the trial court's order allowing real party in interest to put on evidence of damages at trial, when, Shamrock contends, the trial court previously

granted summary judgment on the claim.[1]  We deny the petition for writ of mandamus.  We vacate this court's prior order staying the underlying proceedings.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

---

[1] The underlying suit is *Andrew Authement v. Dune Energy, Inc.*, No. 59024-A, in the County Court at Law No. 1 of Galveston County, Texas. The respondent is the Honorable John Grady.